UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| CHRISTIE LOPEZ., <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No. SACV 16-01927 AG (DFMx) <br><br><br> **JUDGMENT** |

The Court enters judgment for Plaintiff and against Defendant.

Dated October 12, 2018

                                          Hon. Andrew J. Guilford
                                          United States District Judge